U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - SHREVEPORT

MAR 19 2008

ROBERT H. SHEMWELL, CLERK
BY _____
    DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

NATHAN THARPE                           CIVIL ACTION NO. 06-0940-P

VERSUS                                  JUDGE WALTER

RICHARD STALDER, ET AL                  MAGISTRATE JUDGE HORNSBY

# ORDER

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, including the written objections filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the Motion to Dismiss (Doc. 27) filed by Richard Stalder is granted and all claims against Richard Stalder are dismissed with prejudice.

THUS DONE AND SIGNED at Shreveport, Louisiana, this the __19__ day of __March__, 2008.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE