UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| NATHAN THARPE | CIVIL ACTION NO. 06-0940-P |
| VERSUS | JUDGE WALTER |
| RICHARD STALDER, ET AL | MAGISTRATE JUDGE HORNSBY |

# ORDER

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, including the written objections filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the Motion for Summary Judgment (Doc. 35) filed by Warden Tom Rucker is **granted** and that all claims against Rucker are **dismissed with prejudice**.

THUS DONE AND SIGNED at Shreveport, Louisiana, this the 3 day of June, 2008.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE